And this court shall appreciate representing me in confidence. I would be honored to appreciate the caution of the court that there is a massive number of issues in this case. And I would be delighted to get an understanding of the issues, and I think that that still overrides some of the other issues as well. This group here is an issue of general law that was raised both publicly in Rule 12, and it was used to describe it in the trial. I don't see the rules being used for both in the trial. And it really overrides what this court is doing, or in the transcript of Rule 29, where it's important that we're all agreeing that the defendant didn't receive secondary revisions. The issue is whether he received an equivalent of secondary revisions. Of course, that's important, because he's, he wasn't used to receiving them. And so, the issue here is, the district court says, we all agree he didn't receive secondary revisions, whether he equivalent of secondary revisions. The issue is before this court, and it's also before the district court, and it has to do with the fact that, we've all seen the world of new criminal cases. The statute needs to change a little here. The defendant needs to be removed from the law again. And these things don't really suit our case. The role of prosecutors is to define what constitutes criminal conduct. But ultimately, it's the role of the legislature in a case congress to define what it is that constitutes criminal conduct. Here, in the end, the state of Kansas, at least for all people receiving, is a group of partnerships. Law partnerships are real estate partnerships. And the government partners that you're paying attention to, are those men who bought the buildings, buy future income from those partnerships, and are in the service of the law. Now, the things you would use to get beyond secondary revisions, and therefore, it's a matter of law, the issue that this is a good trial, the issue that it's a good question, I remember in past cases where people would say, well, I'm not paying you salary. I'm not paying you wages for your work here in Kansas. I'm paying you for the fruits of your labor. So I'd call it salary. I'd call it wages. Or I'd call it the fruits of your labor. And then you'd say, well, you're making money here. I'm not paying you wages. It's not very important to me because I have the fruits of my labor. So that's that. But I would also put this case in a different situation. I think that the case is different from the situation that you're in. There's a fairly known human relationship here. This case is the right kind of situation, where you have, look, therapy needs to be as employer on one hand, and employee on the other hand. And for various and various purposes, they're trying to recharacterize the income so that they can avoid certain cases where the employer can go in and kill their employees in return. But it's not an employee-employee partnership here. In a partnership, there is no distinction between the partner, really, between the two. It's an employee-employee-employer-employee relationship. And in fact, one of the issues that we raised here, I would agree, that it's not actually addressed by the company in response. And that it was not before any of the courts, the Constitutional Circuit, that decided civil relations were the role that needed to be taught, was that the body of H.W.C. code itself sees partnership and self-employment. That there's more provisions within the H.W.C. code at large, including people choosing their jobs, that make very clear that partnership and self-employment and that they are in self-employment. You're getting more information for services that are not necessarily for people who are in self-employment and self-employment is practicing law and being used on the front lines as part of self-employment. And here in the H.W.C., the partnership doesn't change the way that H.W.C. is representing the character of income. It's not changed by employment. It's the partnership that changes the character of H.W.C. And so, in that sense, the income that we receive is self-employment, which is manifest in different sectors. And it's just in Congress, which is the only one that talks positively about it, to target this type of income, which is the income from partnership. Absolutely. Absolutely. And, in fact, you know, the ability to do that is shown by the way that H.W.C. tries to expand the coverage companies and include things through language and law that enables them to do so. Just a few things here. There are a number of issues that are in here that I don't want to talk about. The government's argument was sometimes issued just by a lot of agency interpretations. And the main point I want to make is that the rule of law really tests each of the agency interpretations. It's covering all the law issues that the agency interpretation alone can usually address whatever the cause of the rule of law that the agency has to do, regardless of their stance on it. And it tests the power of the separation of powers issue. So, if you have a situation where an agency or a prosecutor can essentially say, you know, this prosecutor is trying to continue the lawful public side of the patent that he does, and you never have a much broader body of problems, and you actually see that there's a major group of shippings and the administrative interpretation tends to get this breakthrough and although it's not right in time, it's a possibility where the IRS issues and basically breaks it through and really says that the person that is not going to sue is going to sue the one agency or territory that this one suit falls into. Yes, you're right. It can be used in a series of cases as long as the nature of the information that you can see and the way that you apply it in certain types of cases, it's not going to be a problem because the source of the information that you see is going to be a problem. It's just not going to be a problem. You're right. It can be used in a series of cases. But with respect to the suit, it can be used in a series of cases. Pardon me? It can be used in a series of cases, but if there's two issues, there are always two. There's the process, there's the result, and then you have the perspective and the emotions of the suit. The other thing is the understanding of the term that you have put to me and that the indictment is alleging a statutory insufficient basis for the charge. It should still be dismissed, but more importantly, the issue is that it was filed for analysis in the indictment itself. The superseding indictment is laid out in specific texts regarding the legislative equality that's been declared from the indictment itself and related to and related to the partnership and more importantly, it's filed because of the partnership that you have with the indictment itself. Yes, the insubstantial contribution between the partnership and the assertion is certified because it includes a voluntary bond that the insubstantial damages shall be compensated by the public for the correct undue significance of their issue or their obligations to the public. The issue is that it's a very large indictment of all sorts of things. It morally abhors your job. It captures your assets and everything you talk about. It extends to future indictments of certain types. This is not one of the sections specifically intended to future indictments of certain types. It's intended to future indictments of other sorts. It's intended to include all of your shares in front of your record of your obligations to the public and your obligations to yourself. I think this is one of the important pieces of this indictment. I think it helps to move on because we are just on the brink of bankruptcy. Yeah, actually, that was the next thing that I was going to get to. The gratitude of John Hart and the issue there is that it's a wrong decision to file bankruptcy. The government was really focused on that bankruptcy and one of the things that it took to bring this down for time was that he was giving him some of his charge for his obligations. It really depends on seeing the facts and seeing people's fears. The issue here is that in the last few years, European Federal Credit Bank has been supporting substantial contributions to the service of the economy. There's roughly 3,000 people in the European Federal Credit Bank who have been in the service for a number of years. European  Credit Bank who have been in the service for a number of years. There's roughly 3,000 people the European Federal Credit  who been in the service   of years. There's roughly  been in the  of years. There's roughly years. There's roughly 3,000      Bank  have been in the Bank have  in the service of of years. There's roughly 2,000 bank have been  service of recent years.  roughly 2,000 Bank have been in the service of recent years. There's roughly 2,000 of recent years. There's  2,000   been in the service of recent years. There's roughly 2,000 Bank have been in the service of recent years. There's roughly 2,000 Bank  been in the roughly 2,000 Bank have  in the have been in the  of  years. There's roughly 2,000  have been in the
judges: Wallace, Schroeder, Owens